# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18−cv−06654−GHW

E.S.R.B. et al v. Sessions III et al
Assigned to: Judge Gregory H. Woods
Cause: 28:1346 U.S. Defendant

Date Filed: 07/24/2018
Date Terminated: 07/25/2018
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**E.S.R.B.**
*by and through his next friend Meryl Ranzer*

represented by **Adriene L. Holder**
The Legal Aid Society
Civil Division
90 Church Street
New York, NY 10007
(212) 577−3300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith A. Goldiner**
The Legal Aid Society (Civil Div. NYC)
199 Water Street
3rd Floor
New York, NY 10038
(212 577 3332
Fax: 212 509 8753
Email: jgoldiner@legal−aid.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Alan Rosenberg**
The Legal Aid Society (Civil Div. NYC)
199 Water Street
3rd Floor
New York, NY 10038
212−440−4226
Fax: 212−509−8753
Email: srosenberg@legal−aid.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.E.C.M.**
*by and through his next friend Carline Pinto*

represented by **Adriene L. Holder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith A. Goldiner**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Scott Alan Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.M.S.C.**  represented by  **Adriene L. Holder**
*by and through his next friend Melissa Borja*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith A. Goldiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Alan Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.M.G.**  represented by  **Adriene L. Holder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith A. Goldiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Alan Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.D.G.**  represented by  **Adriene L. Holder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith A. Goldiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Alan Rosenberg**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S.G.G.**                                          represented by   **Adriene L. Holder**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Judith A. Goldiner**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Scott Alan Rosenberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**F.E.O.G.**                                        represented by   **Adriene L. Holder**
*by and through their next friend Rev. Elizabeth*                   (See above for address)
*G. Maxwell*                                                        *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Judith A. Goldiner**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Scott Alan Rosenberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**I.M.Q.S.**                                        represented by   **Adriene L. Holder**
*by and through her next friend Senator Brad*                       (See above for address)
*Benjamin*                                                          *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Judith A. Goldiner**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Scott Alan Rosenberg**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

                                                    represented by

| | |
|---|---|
| **K.C.A.**<br>*by and through her next friend Letitia James* | **Adriene L. Holder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Judith A. Goldiner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Scott Alan Rosenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Jefferson B. Sessions III**
*Attorney General of the United States*

**Defendant**

**Department Of Homeland Security**
*("DHS")*

**Defendant**

**Kirstjen Nielsen**
*Secretary of DHS*

**Defendant**

**U.S. Customs and Border Protection**
*Commissioner of CBP*

**Defendant**

**Kevin K. McAleenan**

**Defendant**

**U.S. Immigration and Customs Enforcement**
*("ICE")*

**Defendant**

**Ronald D. Vitiello**
*Acting Director of ICE*

**Defendant**

**U.S. Citizenship and Immigration Services**
*("USCIS")*

**Defendant**

**L. Francis Cissna**
*Director of USCIS*

**Defendant**

**U.S. Department of Health and Human Services**
*("HHS")*

**Defendant**

**Alex Azar**
*Secretary of the Department of Health and Human Services*

**Defendant**

**Office of Refugee Resettlement**
*("ORR")*

**Defendant**

**Scott Lloyd**
*Director of ORR*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2018 | 1 | COMPLAINT & PETITION FOR WRIT OF HABEAS CORPUS against Alex Azar, L. Francis Cissna, Department Of Homeland Security, Scott Lloyd, Kevin K. McAleenan, Kirstjen Nielsen, Office of Refugee Resettlement, Jefferson B. Sessions III, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Health and Human Services, U.S. Immigration and Customs Enforcement, Ronald D. Vitiello. Document filed by F.E.O.G., J.E.C.M., E.S.R.B., S.G.G., R.M.S.C., K.C.A., I.M.Q.S., K.M.G., K.D.G..(pc) (Entered: 07/25/2018) |
| 07/24/2018 | 2 | CIVIL COVER SHEET filed. (pc) (Entered: 07/25/2018) |
| 07/24/2018 |  | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pc) (Entered: 07/25/2018) |
| 07/24/2018 |  | Case Designated ECF. (pc) (Entered: 07/25/2018) |
| 07/25/2018 | 3 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. See 28 U.S.C. § 1915. (Signed by Judge Jed S. Rakoff on 7/25/2018) (cf) (Entered: 07/25/2018) |
| 07/25/2018 | 4 | ORDER: This motion comes before the undersigned, sitting in Part I, because of the request for emergency relief. For the reasons stated from the bench, see Transcript, 7/29/18, which are here incorporated by reference, the Clerk of Court is directed to transfer this action forthwith to the United States District Court for the Southern District of California, as further set forth in this Order. The Clerk of Court is directed to effectuate the transfer immediately, notwithstanding Local Rule 83.1, and then to close the case in this Court. (Signed by Part 1 Judge Jed S. Rakoff on 7/24/2018) (cf) Modified on 7/25/2018 (cf). (Entered: 07/25/2018) |
| 07/25/2018 |  | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New |

| | | York to the United States District Court – District of Southern District of California (cf) (Entered: 07/25/2018) |