UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.S.R.B., *et al.*,<br><br>    Petitioner-Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS, III, Attorney General of the United States, *et al.*,<br><br>    Respondents-Defendants. | Case No. 3:18-CV-01699-DMS-MDD<br><br>**Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice against all respondents pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Dated:     December 21, 2018

_____
Jennifer Levy
Judith A. Goldiner
Adriene L. Holder
The Legal Aid Society
Civil Division
199 Water Street 3rd Floor
New York, NY, 10038
Phone: (212) 577-3300
Fax: (646) 616-4925
Email: Jgoldliner@legal-aid.org
*Attorneys for Petitioners*

/s/ *Nicole N. Murley*
_____
NICOLE MURLEY
ADAM L. BRAVERMAN
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-0473
(202) 616-8962 (facsimile)
Nicole.Murley@usdoj.gov
*Attorneys for Respondents*

1